1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  blocke@mosslocke.com

5  Attorneys for
   MARY THONGDEE
6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )    No.   CR. S-08-0225 FCD
                                    )
10          Plaintiff,               )
                                    )    STIPULATION AND ORDER
11                                   )    TO CONTINUE STATUS CONFERENCE
       v.                           )    AND EXCLUDE TIME UNDER SPEEDY
12                                   )    TRIAL ACT
   MARY THONGDEE, et al.,           )
13                                   )
            Defendants.              )
14 _____)

15       IT IS HEREBY STIPULATED AND AGREED between the defendants, Mary Thongdee,

16 and Laphone Vongkeo by and through their defense counsel, Bruce Locke and Joseph Wiseman, and

17 the United States of America by and through its counsel, Assistant U.S. Attorney Ben Wagner, that

18 the status conference presently set for June 23, 2008 at 10:00 a.m., should be continued to August

19 4, 2008 at 10:00 a.m., and that the time from June 23, 2008 to August 4, 2008 should be excluded

20 from the Speedy Trial Act calculation for the reason that defense counsel need additional time to

21 review the discovery that the government has provided and for the reason that the ends of justice

22 outweigh the interest of the public and the defendant in a speedy trial at this time.   Mr. Wiseman

23 and Mr. Wagner have both authorized Mr. Locke to execute this pleading for them.

24

25 DATED: June 19, 2008                      /S/  Bruce Locke
                                             BRUCE LOCKE
26                                           Attorney for Mary Thongdee

27

28

29                                            1

DATED: June 19, 2008          /S/ Bruce Locke
                              for Joseph Wiseman
                              Attorney for Laphone Vongkeo


DATED: June 19, 2008          /S/ Bruce Locke
                              For Ben Wagner
                              Assistant United States Attorney


    IT IS SO ORDERED.

DATED:  June 19, 2008

                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE