1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  blocke@mosslocke.com

5  Attorneys for
   MARY THONGDEE
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )    No.  CR. S-08-225 FCD
                                    )
10             Plaintiff,           )
                                    )    STIPULATION AND ORDER
11                                  )    TO CONTINUE THE DATE FOR
       v.                           )    SENTENCING AND MODIFY THE
12                                  )    DATES FOR DISCLOSURE OF THE
   MARY THONGDEE, et al.,           )    PRESENTENCE REPORT
13                                  )
               Defendants.          )
14 _____)

15      IT IS HEREBY STIPULATED AND AGREED between the defendants, Mary Thongdee,

16 by and through her defense counsel, Bruce Locke, and the United States of America, by and through

17 its counsel, Assistant U.S. Attorney Ben Wagner, that the date set for sentencing should be continued

18 from March 9, 2009 to March 16, 2009 and the date for the Motion for Correction of the presentence

19 report should be changed from March 2, 2009 to March 9, 2009, and the date that the presentence

20 report should be disclosed to the Court should be changed from February 23, 2009 to March 2, 2009

21 and counsel's written objections to the presentence report shall be delivered to the probation officer

22 on February 23, 2009 instead of February 16, 2009. Mr. Wagner has authorized Mr. Locke to sign

23 this document for him.

24

25 DATED: February 12, 2009            /S/  Bruce Locke
                                       BRUCE LOCKE
26                                     Attorney for Mary Thongdee

27

28

29                                         1

DATED: February 12, 2009        /S/ Bruce Locke
                                For Ben Wagner
                                Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  February 13, 2009       _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE