1 L. BRUCE LOCKE (#177787)
Moss & Locke
2 555 University Avenue, Suite 170
Sacramento, CA 95825
3 (916) 569-0667
(916) 569-0665 fax
4 blocke@mosslocke.com

5 Attorneys for
MARY THONGDEE
6

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 UNITED STATES OF AMERICA, | ) | No.   CR. S-08-225 FCD |
| 10           Plaintiff, | )<br>) | |
| 11 | )<br>) | STIPULATION AND ORDER<br>TO CONTINUE DATE FOR<br>SENTENCING |
| 12 | )<br>) | |
| 13 MARY THONGDEE, | )<br>) | |
| 14           Defendant. | ) | |

15     IT IS HEREBY STIPULATED AND AGREED between the defendant, Mary Thongdee, by

16 and through her defense counsel, Bruce Locke, and the United States of America, by and through

17 its counsel, Assistant U.S. Attorney Ben Wagner, that the date set for sentencing should be

18 continued from March 16, 2009 to April 13, 2009. The reason for the continuance is that Mr. Locke

19 will be in trial on March 16, 2009.  All other dates shall remain the same.  Mr. Wagner has

20 authorized Mr. Locke to sign this document for him.

21

22 DATED: February 26, 2009          /S/  Bruce Locke
                                      BRUCE LOCKE
23                                    Attorney for Mary Thongdee

24
DATED: February 26, 2009          /S/ Bruce Locke
25                                    For Ben Wagner
                                      Assistant United States Attorney
26

27     **IT IS SO ORDERED.**

28
DATED: February 26, 2009
29
                                       FRANK C. DAMRELL, JR.
                                       UNITED STATES DISTRICT JUDGE