L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
blocke@mosslocke.com

Attorneys for
MARY THONGDEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-08-225 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE THE DATE FOR |
| v. | ) | SENTENCING FROM |
| | ) | APRIL 13, 2009 TO APRIL 27, 2009 |
| MARY THONGDEE, | ) | AT 10:00 A.M. |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Mary Thongdee, by and through her defense counsel, Bruce Locke, and the United States of America, by and through its counsel, Assistant U.S. Attorney Ben Wagner, that the date set for sentencing should be continued from April 13, 2009 to April 27, 2009 at 10:00 a.m. Mr. Wagner has authorized Mr. Locke to sign this document for him.

DATED: March 31, 2009     /S/ Bruce Locke
                                      Bruce Locke
                                      Attorney for Mary Thongdee

DATED: February 26, 2009     /S/ Bruce Locke
                                      For Ben Wagner
                                      Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: March 31, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE